In the Matter of the Claim of FRED KAHNT, Respondent, against PROVIDENCE RETREAT, INC., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent. — Award affirmed, with costs to the State Industrial Board.    Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of FLOYD RALSTON, Respondent, against NEW YORK STATE ELECTRIC AND GAS CORPORATION and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board.    Van Kirk, P. J., Hinman, Hill and Rhodes, JJ., concur; McNamee, J., not voting.

In the Matter of the Claim of VINCENT E. SCHONBACK, Respondent, against SCHOOL DISTRICT No. 5 OF THE TOWN OF WILSON, NIAGARA COUNTY, NEW YORK, Appellant.    STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim